117 A.3d 747

IN THE MATTER OF EMIL T. RESTAINO, AN ATTORNEY
AT LAW (ATTORNEY NO. 017581983).

July 23, 2015.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **EMIL T. RESTAINO** of **RANDOLPH,** who was admitted to the bar of this State in 1984, and who was suspended from the practice of law for a period of six months effective July 1, 2010, by Order of this Court filed June 3, 2010, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until further Order of the Court.